JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BINNELL, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. JOSEPH HOSPITAL ORANGE, ST. JOSEPH HEALTH, PARATUS PARTNERS LLP, and Does 1-10, inclusive,<br><br>    Defendants. | CCase No: 8:20-cv-00447-DOC-(ADSx)<br><br>The Honorable David O. Carter<br><br>**ORDER RE STIPULATION TO DISMISS CASE PURSUANT TO RULE 41(a)   [43]**<br><br>Action Filed:   March 4, 2020 |

    Pursuant to the stipulation of the parties and for good cause, the Court dismisses the action pursuant to Rule 41(a) against all Defendants.

    **IT IS SO ORDERED.**

Dated: July 7, 2021

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE